UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan and Trust<br>P.O. Box 31580<br>Independence, Ohio 44131-0588<br><br>Plaintiff,<br><br>-vs-<br><br>Theresa L. Riley<br>3600 McHenry Avenue<br>Cincinnati, Ohio 45225<br><br>and<br><br>Cynthia V. Carter<br>8127 Seward Avenue, Apt. 360<br>Cincinnati, Ohio 45231<br><br>Defendants. | ))))))))))))))))))))) | Case No. _____<br><br>Judge: _____<br><br>**COMPLAINT IN INTERPLEADER**<br><br>Nicholas T. Stack (0086333)<br>**Shumaker, Loop & Kendrick, LLP**<br>1000 Jackson Street<br>Toledo, Ohio 43604<br>Telephone: (419) 241-9000<br>Fax: (419) 241-6894<br>E-mail: nstack@shumaker.com<br><br>Attorneys for Plaintiff |

\* \* \*

Now comes the Board of Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan and Trust ("Plaintiff" or "Plan") and, for its Complaint in Interpleader pursuant to Federal Rule 22 against Defendants Theresa L. Riley and Cynthia V. Carter (collectively referred to hereinafter as "Defendants"), states as follows:

## VENUE AND JURISDICTION

1. Pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(a), the Court has subject-matter jurisdiction over this interpleader action to determine the proper beneficiary of benefits payable from an employee welfare plan established under the Employee Retirement Income Security Act of 1974 ("ERISA").

2. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) because Defendants are residents of this judicial district and the decedent, Mr. Myron E. Riley, prior to his death, was also a resident of this judicial district, and under 28 U.S.C. § 1391(b)(2) because a substantial portion of the events giving rise to the claim occurred in this judicial district.

## THE PARTIES

3. The Plan is a multiemployer defined benefit pension plan established under ERISA, and administered through its third-party administrator in Independence, Ohio. Among other things, the Plan provides for certain death benefits to its participants ("Benefits").

4. Myron E. Riley was a Plan participant who resided in Cincinnati, Ohio before his death on February 27, 2022.

5. Defendants Theresa L. Riley and Cynthia V. Carter both claim to be Mr. Riley's surviving spouse and beneficiary.

## THE FACTS

6. Mr. Riley retired on August 1, 1997 and elected a 50% joint and survivor annuity, which entitles his surviving spouse to a monthly payment of $583.49.

7. The amount currently due and payable to Mr. Riley's surviving spouse, before taxes and any other applicable withholdings, is $7,001.88.

8. At the time of his death, Mr. Riley's death certificate listed Cynthia Carter (a/k/a Cynthia Rudolph) as his surviving spouse.

9. On March 21, 2022, Cynthia Carter submitted to the Plan a Certification of Beneficiary Form identifying herself as Mr. Riley's wife and swearing, among other things, that Mr. Riley was married at the time of his death. A copy of Certification of Beneficiary Form submitted by Cynthia Carter is attached as Exhibit A.

10. Subsequently, Mr. Riley's death certificate was corrected to list Defendant Theresa L. Riley as his surviving spouse. A copy of the corrected Certificate of Death submitted by Theresa Riley is attached as Exhibit B.

11. On May 24, 2022, Theresa Riley submitted to the Plan a Certification of Beneficiary Form identifying herself as Mr. Riley's wife and swearing, among other things, that Mr. Riley was married at the time of his death. A copy of the Certification of Beneficiary Form submitted by Theresa Riley is attached as Exhibit C.

12. Both Defendants have submitted to the Plan copies of marriage licenses.

13. Cynthia Carter submitted a marriage license dated September 14, 1963 and certified as a true and accurate copy on June 16, 2004 by the Deputy Clerk for the Hamilton County Court of Common Pleas, Probate Division. A copy of the marriage license submitted by Cynthia Carter is attached as Exhibit D.

14. Theresa Riley submitted a marriage license dated April 8, 1995 and executed by the Deputy Clerk for Kenton County, Kentucky wherein Mr. Riley is listed as "widowed" and with "1" previous marriage. A copy of the marriage license submitted by Theresa Riley is attached as Exhibit E.

15. The Plan cannot locate any record of Mr. Riley designating a beneficiary to receive the Benefits at or before the time of his death.

16. The Plan is also not aware of any records related to divorce or the death of Mr. Riley's spouse.

## COUNT I – INTERPLEADER

17. The Plan restates and incorporates Paragraphs 1 through 16 above.

18. The Plan is in possession and control of the Benefits.

19. The Plan does not claim any interest in the Benefits.

20. The Plan has a bona fide, good faith doubt regarding its obligations concerning the Benefits in light of the circumstances.

21. The Plan reasonably believes that any unilateral disposition that it may make of the Benefits could expose the Plan to double or multiple liabilities.

22. The Plan is an innocent stakeholder, and is not in a position to safely referee the conflicting claims or potential claims of the Defendants to the Benefits.

23. The Plan is ready to pay the Benefits as the Court directs.

## PRAYER FOR RELIEF

WHEREFORE, The Plan prays:

A. That Defendants be restrained and enjoined from instituting any other action against the Plan for the recovery of any of the Benefits from the Plan;

B. That Defendants be required to answer and interplead their claims in this action to the Court and that this Court then determine the respective rights of each of the Defendants to the Benefits from the Plan;

C. That the Plan be discharged from all liability upon payment in full of the amount in controversy (less Plaintiff's recoverable costs and expenses) to the prevailing party or parties, upon court approval; and

D.      That Plaintiff recover its costs and reasonable attorneys' fees expended herein, as well as any other incidental and ancillary relief, in law or in equity, that the Court deems proper.

Respectfully submitted,

/s/ *Nicholas T. Stack*
Nicholas T. Stack (0086333)
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone:  (419) 241-9000
Fax:          (419) 241-6894
E-mail:      nstack@shumaker.com

Attorney for Plaintiff