# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan and Trust | ) ) ) ) | Case No. 1:23-cv-00062-DRC |
| | ) | Judge Douglas R. Cole |
| Plaintiff, | ) ) ) | **MOTION TO APPROVE STIPULATION AND CONSENT JUDGMENT** |
| -vs- | ) ) | |
| Theresa L. Riley, et al. | ) ) | Nicholas T. Stack (0086333) Alia A. Kadri (0100721) |
| Defendants. | ) ) ) ) ) ) ) ) ) ) | Shumaker, Loop & Kendrick, LLP 1000 Jackson Street Toledo, Ohio 43604 Telephone:  (419) 241-9000 Fax:           (419) 241-6894 E-mail:      nstack@shumaker.com                 akadri@shumaker.com |
| | ) ) | Attorneys for Plaintiff |

\*     \*     \*

The Board of Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan and Trust hereby moves the Court for approval and entry of the attached Stipulation and Consent Judgment, which has been reviewed and stipulated to by all parties to this interpleader action.  Entry of the attached Consent Judgment Entry will resolve this case in its entirety to the satisfaction of all parties.

18723641v1

2

/s/ Nicholas T. Stack
Nicholas T. Stack (0086333)
Alia A. Kadri (0100721)
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone:   (419) 241-9000
Fax:            (419) 241-6894
E-mail:        nstack@shumaker.com
                  akadri@shumaker.com

Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **MOTION TO APPROVE STIPULATION AND CONSENT JUDGMENT** was electronically transmitted on May 22, 2023 via the Court's CM/ECF system to the persons who are listed on the Court's Electronic Mail Notice List.

A copy of this Motion was separately transmitted electronically to a representative for Cynthia Carter, Daniel Deters, Esq., at daniel@honerlawfirm.com.

/s/ Nicholas T. Stack
Nicholas T. Stack (0086333)
Alia A. Kadri (0100721)
SHUMAKER, LOOP & KENDRICK, LLP

Attorneys for Plaintiff

18723641v1