UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan and Trust | ) ) ) | Case No. 1:23-cv-00062-DRC |
| | ) | Judge Douglas R. Cole |
| Plaintiff, | ) ) ) | **STIPULATION AND CONSENT JUDGMENT** |
| -vs- | ) ) | Nicholas T. Stack (0086333) |
| Theresa L. Riley, et al. | ) ) | Alia A. Kadri (0100721) Shumaker, Loop & Kendrick, LLP |
| Defendants. | ) ) ) ) ) ) ) ) | 1000 Jackson Street Toledo, Ohio 43604 Telephone: (419) 241-9000 Fax: (419) 241-6894 E-mail: nstack@shumaker.com akadri@shumaker.com |
| | ) | Attorneys for Plaintiff |

\* \* \*

Plaintiff Board of Trustees ("Board") of the Southwest Ohio Regional Council of Carpenters Pension Plan and Trust ("Plan"), Defendant Theresa L. Riley ("Riley"), and Defendant Cynthia V. Carter ("Carter") (collectively, the "Parties") hereby acknowledge and stipulate, and the Court finds, the following:

1. Myron E. Riley was a Plan Participant who died on February 27, 2022;

2. Subsequently, Riley and Carter submitted to the Plan competing claims to receive certain benefits in the form of a 50% joint and survivor annuity, payable to the surviving spouse of Myron E. Riley in the monthly amount of $583.49 ("Surviving Spouse Benefits");

1

3. The Parties have no knowledge of any other potential claimants who may assert valid claims to the Surviving Spouse Benefits;

4. On February 1, 2023, the Board commenced this action by filing a Complaint in Interpleader naming Riley and Carter as defendants related to the Surviving Spouse Benefits;

5. Riley and Carter were duly served with a Summons and copy of the Complaint;

6. On May 4, 2023, Riley answered the Complaint and filed a Counterclaim against the Board;

7. Each Party has reviewed the facts and law related to the Complaint and Counterclaim;

8. Each Party has reviewed the terms of this Stipulation and Consent Judgment;

9. Each Party acknowledges that she/it is represented by an attorney, has consulted with an attorney, or has had the opportunity to consult with an attorney;

10. Each Party consents to entry of this Consent Judgment.

In light of the foregoing stipulations and findings, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**:

A. There are no other potential claimants who may assert valid claims to the Surviving Spouse Benefits;

B. Carter shall not be entitled to receive any payments related to the Surviving Spouse Benefits and any right Carter may have had, has, or may have in the future to the Surviving Spouse Benefits is waived and released;

C. Riley shall be entitled to receive the Surviving Spouse Benefits, as the surviving spouse of Myron E. Riley;

D. The Board shall cause the Plan to pay to Riley any and all Surviving Spouse Benefits accrued to date and make all future payments to Riley in accordance with the governing Plan documents and applicable law;

E. Carter, her heirs, assigns, beneficiaries, representatives, and attorneys are permanently enjoined from instituting or prosecuting any action or proceeding against the Plan, including its Board, officers, directors, shareholders, members, trustees, employees, agents, servants, representatives, predecessors, successors, assigns, third-party administrators, attorneys, and affiliates, related to the Surviving Spouse Benefits;

F. Riley, her heirs, assigns, beneficiaries, representatives, and attorneys are permanently enjoined from instituting or prosecuting any action or proceeding against the Plan, including its Board, officers, directors, shareholders, members, trustees, employees, agents, servants, representatives, predecessors, successors, assigns, third-party administrators, attorneys, and affiliates, related to the claims asserted in the Complaint and determination of the beneficiary for the Surviving Spouse Benefits;

G. The Counterclaim filed by Riley is dismissed with prejudice.

**SO STIPULATED**:

/s/ Nicholas T. Stack

Nicholas T. Stack (0086333)
Alia A. Kadri (0100721)
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone: (419) 241-9000
Fax: (419) 241-6894
E-mail: nstack@shumaker.com
akadri@shumark.com

Attorneys for Plaintiff

*Cynthia Carter*
Cynthia V. Carter

/s/ Claire W. Bushorn Danzl (per e-mail consent 5/22/23)

Claire W. Bushorn Danzl (0087167)
The Bushorn Firm, LLC
810 Sycamore Street
Cincinnati, Ohio 45202
Telephone: (513) 827-5771
Fax: (513) 216-8717
E-Mail: cbushorn@thebushornfirm.com

Attorneys for Defendant
Theresa Riley

STATE OF OHIO      )
                   ) SS:
HAMILTON  COUNTY   )

Signed and sworn before me by Cynthia Carter in HAMILTON County, Ohio, by Cynthia Carter on May 17th, 2023.

Daniel T. Deters, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

_____
Notary Public

Date: 5/23/23

_____
Judge Douglas R. Cole

3